IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA UREKEW,<br>　　　*Plaintiff*<br><br>-vs-<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., DOES 1 THROUGH<br>100,<br>　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-00158-XR |

**ORDER**

On this date, the Court considered the status of this case. Plaintiff commenced this case by filing its Complaint on February 9, 2023. ECF No. 1. On February 22, 2023, Plaintiff filed an affidavit of service indicating that Defendant Experian had been served on February 21, 2023. ECF No. 4. Though its answer was due on March 14, 2023, Defendant Experian has not yet filed an answer or other responsive pleading, requested an extension of time in which to do so, or otherwise appeared in this action.

Accordingly, Plaintiff is **ORDERED** to move for entry of default **within 30 days** of this Order. *See* Fed. R. Civ. P. 55. Failure to comply with this Order may result in dismissal of this case without prejudice as to Experian. *See* Local Rule CV-55.

It is so **ORDERED**.

**SIGNED** this **April 3, 2023**.

_____
Xavier Rodriguez
United States District Judge