IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA UREKEW,<br>    *Plaintiff*<br><br>-vs-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DOES 1 THROUGH 100,<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-00158-XR |

## ORDER

Plaintiff and Defendant have informed the Court that they have reached a settlement in principle and are working towards finalizing written settlement documents. ECF No. 6.

To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **June 9, 2023**. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

In light of the parties' impending settlement, this Court's order directing Plaintiff to move for entry of default and default judgment (ECF No. 5) is **WITHDRAWN**.

It is so **ORDERED**.

**SIGNED** this April 4, 2023

                                                XAVIER RODRIGUEZ
                                                UNITED STATES DISTRICT JUDGE